

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00384-CV

_____

LARONE ADDISON, Appellant

V.

GAINES INVESTMENT TRUST, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-03565-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On Monday, March 7, 2022, we notified Appellant that she had violated Texas Rule of Appellate Procedure 38.6(a) by failing to file a brief. *See* Tex. R. App. P. 38.6(a). We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: April 7, 2022